UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH GILBERTI, JR. ,

    Plaintiff,

v.   Case No.:   2:23-cv-609-SPC-KCD

DONNA MARIE PADAR, RON DESANTIS, RYAN SNYDER, 72 PARTNERS LLC, CHRISTOPHER SHAW, KENNETH HARRISON, FLORIDA SECOND DISTRICT COURT OF APPEALS, THE PENTAGON, FEDERAL BUREAU OF INVESTIGATION, OFFICE OF THE STATE ATTORNEY ED BRODSKY 12TH JUDICIAL CIRCUIT, OFFICE OF THE PUBLIC DEFENDER 12TH JUDICIAL CIRCUIT, 12TH JUDICIAL CIRCUIT COURT OF FLORIDA, 13TH JUDICIAL CIRCUIT COURT OF FLORIDA, 20TH JUDICIAL CIRCUIT COURT OF FLORIDA, 17TH JUDICIAL CIRCUIT COURT OF FLORIDA, US MIDDLE DISTRICT OF FLORIDA, LEE COUNTY SCHOOL BOARD, TOM WIDEN, STEPHEN WALKER, MARK WOLFE, DOMINGUEZ, CONRAD, MANATEE COUNTY COMMISSION, SARASOTA COUNTY COMMISSION, ENVIRONMENTAL PROTECTION AGENCY, US CONGRESS, US SENATE, PEACE RIVER MANASOTA WATER

SUPPLY AUTHORITY,
NATIONAL RAILROAD
PASSENGER CORPORATION,
BILL GATES, CANADIAN
NATIONAL RAILWAY
COMPANY, CSX
TRANSPORTATION INC.,
SEMINOLE GULF RAILWAY,
LAURENCE D. FINK and
BLACKROCK INVESTMENT
GROUP, LLC,

      Defendants.
_____/

## **ORDER**

      Before the Court is Plaintiff's Motion for Relief from Order.  (Doc. 12).  Plaintiff requests relief from the Court's prior Order dismissing this case.  (Doc. 11).

      By way of background, United States Magistrate Judge Kyle C. Dudek issued a Report and Recommendation (R&R) in this case on December 6, 2023.  (Doc. 8).  In the R&R, Judge Dudek recommended dismissing Plaintiff's Amended Complaint (Doc. 8) because it was frivolous and failed to state a claim under 28 U.S.C. § 1915(e).  This R&R came after Plaintiff amended his original Complaint (Doc. 1) because he was ordered to rectify its many deficiencies (Doc. 7).

Plaintiff filed "objections" to the R&R on December 21, 2023. (Doc. 10). The Court considered Plaintiff's objections but ultimately accepted and adopted Judge Dudek's R&R on January 19, 2024. (Doc. 11).

Now, on August 14, 2024, Plaintiff seeks relief from the Court's January dismissal order under Federal Rule of Civil Procedure 60. (Doc. 12 at 1). As best the Court can tell, Plaintiff is alleging fraud on the court under Rule 60(b)(3). But Plaintiff is the only party to have appeared in this case, so it is difficult to imagine what or how fraud on the court transpired. And Plaintiff's "fraud" claim just repeats the allegations in his Amended Complaint—that several defendants have conspired to commit "organized fraud" to hide water resources. This is not fraud on the court within the meaning of Rule 60.

Additionally, Rule 60(c)(1) requires a motion for relief be made "within a reasonable time." Plaintiff filed his Motion for Relief nearly seven months after the Court's Order dismissing this case. This is not, under these circumstances, "a reasonable time."

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Relief from Order (Doc. 12) is **DENIED**. This action remains dismissed, and the case remains closed.

**DONE** and **ORDERED** in Fort Myers, Florida on August 23, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record